IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO GARCIA, *et al.*,<br><br>Defendants. | 10-CR-00454-JCM-RJJ<br><br>**ORDER GRANTING MOTION TO CONTINUE FILING OF PROPOSED COMPLEX CASE SCHEDULE UNDER LCR 16-1(a).** |

**ORDER**

Based on the Government's motion and good cause appearing, therefore, IT IS ORDERED, that the parties herein shall have to and including OCTOBER 25, 2010, by the hour of 4:00 p.m., within which to file a proposed complex case schedule under LCA 16-1(a).

_____
Honorable Robert J. Johnston