____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          FEB - 3 2012

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
        v.                                   )        2:10-CR-454-JCM (GWF)
                                             )
FRANCISCO GARCIA,                            )
                                             )
                    Defendant.               )
_____    )

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT FRANCISCO GARCIA

On November 1, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) forfeiting property of defendant FRANCISCO GARCIA to the United States of America. Docket #96.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#96) is final as to defendant FRANCISCO GARCIA.

DATED this 3rd day of Feb. , 2012.


_____
UNITED STATES DISTRICT JUDGE