UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-454-JCM (GWF) |
| FRANCISCO GARCIA, | ) ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE AS TO**
**DEFENDANT FRANCISCO GARCIA**

On November 1, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) forfeiting property of defendant FRANCISCO GARCIA to the United States of America. Docket #96.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#96) is final as to defendant FRANCISCO GARCIA.

DATED this 3rd day of Feb., 2012.

_____
UNITED STATES DISTRICT JUDGE