1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-454-JCM-(GWF) |
| | ) | |
| FRANCISCO GARCIA, | ) | |
| ELOY GARCIA, | ) | |
| EFRAIN GARCIA, and | ) | |
| NABOR GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL ORDER OF FORFEITURE**

On November 1, 2011, the United States District Court for the District of Nevada entered a

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

Code, Section 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,

United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) based upon

the plea of guilty by defendant FRANCISCO GARCIA to the criminal offenses, forfeiting the property

set forth in the Plea Memorandum, the Bill of Particulars, the Amended Bill of Particulars, and the

Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite

nexus to the offenses to which defendant FRANCISCO GARCIA pled guilty. Criminal Indictment,

ECF No. 1; Bill of Particulars, ECF No. 64; Amended Bill of Particulars, ECF No. 79; Change of Plea,

ECF No. 94; Plea Memorandum, ECF No. 95; Preliminary Order of Forfeiture, ECF No. 96.

On November 2, 2011, the United States District Court for the District of Nevada entered a

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

Code, Section 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant EFRAIN GARCIA to the criminal offenses, forfeiting the property set forth in the Plea Memorandum and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which defendant EFRAIN GARCIA pled guilty. Criminal Information, ECF No. 100; Plea Memorandum, ECF No. 102; Preliminary Order of Forfeiture, ECF No. 103; Change of Plea, ECF No. 115.

On November 3, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant ELOY GARCIA to the criminal offenses, forfeiting the property set forth in the Plea Memorandum, the Bill of Particulars, the Amended Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant ELOY GARCIA pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 64; Amended Bill of Particulars, ECF No. 79; Change of Plea, ECF No. 105; Plea Memorandum, ECF No. 107; Preliminary Order of Forfeiture, ECF No. 108.

On November 3, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant NABOR GARCIA to the criminal offenses, forfeiting the property set forth in the Plea Memorandum, the Bill of Particulars, the Amended Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant NABOR GARCIA pled guilty. Criminal Indictment, ECF

. . .

No. 1; Bill of Particulars, ECF No. 64; Amended Bill of Particulars, ECF No. 79; Change of Plea, ECF No. 110;  Preliminary Order of Forfeiture, ECF No. 111; Plea Memorandum, ECF No. 113.

This Court finds the United States of America, in regard to defendant FRANCISCO GARCIA, published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 4, 2011, through December 3, 2011, notifying all potential third parties and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 114; Notice of Filing Service of Process, Parts I-IX, ECF Nos. 153-161.

This Court finds the United States of America, in regard to defendants ELOY GARCIA and EFRAIN GARCIA, published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 8, 2011, through December 7, 2011, notifying all potential third parties and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 116-117; Notice of Filing Service of Process, Parts I-IX, ECF Nos. 153-161.

This Court finds the United States of America, in regard to defendant NABOR GARCIA, published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 16, 2011, through December 15, 2011, notifying all potential third parties and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 118; Notice of Filing Service of Process, Parts I-IX, ECF Nos. 153-161.

On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on the Internal Revenue Service by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part I, ECF No. 153, p. 2-23.

On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on the Internal Revenue Service M/S 5021 PHX Special Procedures Section by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part I, ECF No. 153, p. 24-45.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on U.S. Trustee LV 7. Notice of Filing Service of Process – Part I, ECF No. 153, p. 46-66.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on David A. Rosenberg, BK Trustee. Notice of Filing Service of Process – Part I, ECF No. 153-1, p. 1-21.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Rick A. Yarnall, BK Trustee. Notice of Filing Service of Process – Part I, ECF No. 153-1, p. 22-42.

On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Nevada Attorney General's Office, c/o Attorney General Catherine Cortez Masto by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part I, ECF No. 153-1, p. 43-64.

On July 15, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Nevada Dept. of Employment, Training, and Rehabilitation, Tom Susich, Counsel. Notice of Filing Service of Process – Part I, ECF No. 153-2, p. 1-22.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Nevada Dept. of Employment, Training, and Rehabilitation, c/o Director Frank Woodbeck. Notice of Filing Service of Process – Part I, ECF No. 153-2, p. 23-43.

On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Nevada Dept. of Employment, Training, and Rehabilitation, c/o Director Frank

. . .

4

1  Woodbeck by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part

2  I, ECF No. 153-2, p. 44-65.

3          On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture

4  and the Notice on Nevada Department of Motor Vehicles, Motor Carrier Division Attn: Revenue Unit

5  by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part II, ECF No.

6  154, p. 2-23.

7          On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture

8  and the Notice on Nevada Governor, c/o Governor Brian Sandoval by certified return receipt mail and

9  regular mail. Notice of Filing Service of Process – Part II, ECF No. 154, p. 24-45.

10          On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of

11  Forfeiture and the Notice on Clark County Assessor c/o County Assessor Michelle F. Shafe. Notice of

12  Filing Service of Process – Part II, ECF No. 154, p. 46-66.

13          On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of

14  Forfeiture and the Notice on Clark County Board of Commissioners c/o Chairman Steve Sisolak.

15  Notice of Filing Service of Process – Part II, ECF No. 154-1, p. 1-21.

16          On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of

17  Forfeiture and the Notice on Clark County District Attorney's Office c/o District Attorney Steven B.

18  Wolfson. Notice of Filing Service of Process – Part II, ECF No. 154-1, p. 22-42.

19          On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of

20  Forfeiture and the Notice on Clark County District Attorney Family Support Division c/o District

21  Attorney Steven B. Wolfson. Notice of Filing Service of Process – Part II, ECF No. 154-1, p. 43-63.

22          On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of

23  Forfeiture and the Notice on Clark County Recorder c/o County Recorder Debbie Conway. Notice of

24  Filing Service of Process – Part II, ECF No. 154-2, p. 1-21.

25  . . .

26  . . .

On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Clark County Treasurer c/o County Treasurer Laura Fitzpatrick by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part II, ECF No. 154-2, p. 22-43.

On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Clark County Water Reclamation District c/o Clark County Clerk Diana Alba. Notice of Filing Service of Process – Part II, ECF No. 154-2, p. 44-64.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Clark County Water Reclamation District c/o Chairman Larry Brown. Notice of Filing Service of Process – Part III, ECF No. 155, p. 2-22.

On July 24, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on City of Las Vegas c/o Mayor Carolyn G. Goodman by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part III, ECF No. 155, p. 23-44.

On July 15, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on City of Las Vegas Attorney's Office c/o City Attorney Bradford Jerbic. Notice of Filing Service of Process – Part III, ECF No. 155, p. 45-65.

On July 15, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on City of Las Vegas Clerk's Office c/o City Clerk Beverly Bridges. Notice of Filing Service of Process – Part III, ECF No. 155-1, p. 1-21.

On July 15, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on City of Las Vegas Sewer c/o City Clerk Beverly Bridges. Notice of Filing Service of Process – Part III, ECF No. 155-1, p. 22-42.

On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Las Vegas Valley Water District, c/o Greg Walsh, General Counsel. Notice of Filing Service of Process – Part III, ECF No. 155-1, p. 43-63.

. . .

. . .

1    On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of

2 Forfeiture and the Notice on Las Vegas Valley Water District, c/o Patricia Mulroy, General Manager.

3 Notice of Filing Service of Process – Part III, ECF No. 155-2, p. 1-21.

4    On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of

5 Forfeiture and the Notice on Las Vegas Valley Water District, c/o Mary Beth Scow, President. Notice

6 of Filing Service of Process – Part III, ECF No. 155-2, p. 22-42.

7    On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture

8 and the Notice on Republic Services by certified return receipt mail and regular mail. Notice of Filing

9 Service of Process – Part III, ECF No. 155-2, p. 43-64.

10    On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture

11 and the Notice on Donald W. Slager, President and CEO of Republic Services, Inc. by certified return

12 receipt mail and regular mail. Notice of Filing Service of Process – Part IV, ECF No. 156, p. 2-23.

13    On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture

14 and the Notice on The Corporation Trust Company of Nevada, Registered Agent for Republic

15 Services, Inc. by certified return receipt mail and regular mail. Notice of Filing Service of Process –

16 Part IV, ECF No. 156, p. 24-45.

17    On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture

18 and the Notice on Southern Nevada Power Company by certified return receipt mail and regular mail.

19 Notice of Filing Service of Process – Part IV, ECF No. 156, p. 46-67.

20    On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of

21 Forfeiture and the Notice on Southern Nevada Power Company (c/o NV Energy). Notice of Filing

22 Service of Process – Part IV, ECF No. 156-1, p. 1-21.

23    On July 16, 2013, the Internal Revenue Service personally served the Preliminary Orders of

24 Forfeiture and the Notice on Gregg P. Barnard, Registered Agent for NV Energy. Notice of Filing

25 Service of Process – Part IV, ECF No. 156-1, p. 22-42.

26 . . .

1  On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of
2  Forfeiture and the Notice on Michael W. Yackira, President of NV Energy. Notice of Filing Service of
3  Process – Part IV, ECF No. 156-1, p. 43-63.

4  On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of
5  Forfeiture and the Notice on Michelle L. Abrams LTD. c/o Michelle L. Abrams. Notice of Filing
6  Service of Process – Part IV, ECF No. 156-2, p. 1-22.

7  On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of
8  Forfeiture and the Notice on Callister & Reynolds. Notice of Filing Service of Process – Part IV, ECF
9  No. 156-2, p. 23-43.

10  On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of
11  Forfeiture and the Notice on Callister & Reynolds c/o Ronald Reynolds, Esq. Notice of Filing Service
12  of Process – Part IV, ECF No. 156-2, p. 44-64.

13  On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of
14  Forfeiture and the Notice on Centro Hispano Law Group, P.C. c/o Michaels S. Terry. Notice of Filing
15  Service of Process – Part V, ECF No. 157, p. 2-22.

16  On September 18, 2013, the Internal Revenue Service served the Preliminary Orders of
17  Forfeiture and the Notice on Randolph Goldberg by regular mail. Notice of Filing Service of Process –
18  Part V, ECF No. 157, p. 23-48.

19  On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of
20  Forfeiture and the Notice on Kravitz Schnitzer Sloane Johnson & Eberhardy c/o Jeffrey G. Sloane,
21  Esq. Notice of Filing Service of Process – Part V, ECF No. 157, p. 49-69.

22  On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of
23  Forfeiture and the Notice on Law Office of Lisa A. Taylor c/o Lisa A. Taylor, Esq. Notice of Filing
24  Service of Process – Part V, ECF No. 157-1, p. 1-22.

25  . . .

26  . . .

8

On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Mills & Associates c/o Lisa A Taylor, Esq. Notice of Filing Service of Process – Part V, ECF No. 157-1, p. 23-44.

On July 11, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Mills & Associates c/o Michael C. Mills, Esq. Notice of Filing Service of Process – Part V, ECF No. 157-1, p. 45-66.

On July 18, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Christopher E. Mumm, J.D. Notice of Filing Service of Process – Part V, ECF No. 157-2, p. 1-49.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Patenaude & Felix A.P.C. c/o Peter K. Cleary, Esq.  Notice of Filing Service of Process – Part V, ECF No. 157-2, p. 50-71.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Patenaude & Felix, A.P.C. c/o Wesltey Villanueva, Esq. Attn: Maureen Mamone, Esq.  Notice of Filing Service of Process – Part VI, ECF No. 158, p. 2-23.

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Patenaude & Felix, A.P.C. c/o Wesltey Villanueva, Esq. Notice of Filing Service of Process – Part VI, ECF No. 158, p. 24-45.

On July 31, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Pite Duncan, LLP c/o Laurel I. Handley by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part VI, ECF No. 158, p. 46-68.

On July 31, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Pite Duncan, LLP c/o Steven W. Pite by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part VI, ECF No. 158-1, p. 1-23.

On December 13, 2013, IRS Special Agent Wade Berrett declared that Gerald A. Phillips, Esq. was deceased based upon information from multiple sources. Additionally, S.A. Berrett contacted a

member of Phillips' former law firm, Ron Svasek, who confirmed that Mr. Phillips was deceased as well. Svasek also said that the last four digits of the Social Security number of the defendant Francisco Garcia in criminal case 2:10-CR-454-JCM-(GWF), did not match the last four digits of the Social Security number of the defendant Francisco Garcia in the case that Mr. Svasek's firm was involved in with Mr. Phillips.  Notice of Filing Service of Process – Part VI, ECF No. 158-1, p. 24-45.

On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Sara E. Witt, Pite Duncan, LLP by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part VI, ECF No. 158-1, p. 46-68.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Samantha Carrillo. Notice of Filing Service of Process – Part VI, ECF No. 158-2, p. 1-21.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Alejandro Garcia. Notice of Filing Service of Process – Part VI, ECF No. 158-2, p. 22-42.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Amalia Garcia. Notice of Filing Service of Process – Part VI, ECF No. 158-2, p. 43-63; Notice of Filing Service of Process – Part VII, ECF No. 159, p. 2-21.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Elia Garcia. Notice of Filing Service of Process – Part VII, ECF No. 159, p. 22-64 and ECF No. 159-1, p. 1-21.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Elia A. Garcia. Notice of Filing Service of Process – Part VII, ECF No. 159-1, p. 22-63 and ECF No. 159-2, p. 1-21.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Erica G. Garcia. Notice of Filing Service of Process – Part VII, ECF No. 159-2, p. 22-42.

On July 19, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Ramiro Garcia by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part VII, ECF No. 159-2, p. 43-65.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Victor Alejandro Garcia. Notice of Filing Service of Process – Part VIII, ECF No. 160, p. 2-22.

On July 31, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Yolanda Garcia by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part VIII, ECF No. 160, p. 23-45.

On August 6, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Eloy Garcia-Macias by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part VIII, ECF No. 160, p. 46-67.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Javier Garcias-Morales. Notice of Filing Service of Process – Part VIII, ECF No. 160-1, p. 1-63.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Erika G. Garica-Torres. Notice of Filing Service of Process – Part VIII, ECF No. 160-2, p. 1-21.

On July 18, 2013, the Internal Revenue Service served the Preliminary Orders of Forfeiture and the Notice on Paola Moreno by certified return receipt mail and regular mail. Notice of Filing Service of Process – Part VIII, ECF No. 160-2, p. 22-44.

On July 9, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Artemio Saldana. Notice of Filing Service of Process – Part VIII, ECF No. 160-2, p. 45-65; Notice of Filing Service of Process – Part IX, ECF No. 161, p. 2-43.

. . .

. . .

11

On July 10, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Randolph Goldberg, by and through his attorney David Z. Chesnoff. Notice of Filing Service of Process – Part IX, ECF No. 161, p 44-64.

On August 16, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Clark County Clerk c/o County Clerk Diana Alba. Notice of Filing Service of Process – Part IX, ECF No. 161-1, p. 1-21.

On August 16, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Clark County Clerk Board of Commissioners c/o Clark County Clerk Diana Alba. Notice of Filing Service of Process – Part IX, ECF No. 161-1, p. 22-42.

On August 19, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Southern Nevada Water Authority c/o General Manager Patricia Mulroy. Notice of Filing Service of Process – Part IX, ECF No. 161-1, p. 43-63.

On August 19, 2013, the Internal Revenue Service personally served the Preliminary Orders of Forfeiture and the Notice on Southern Nevada Water Authority c/o General Counsel Gregory J. Walch. Notice of Filing Service of Process – Part IX, ECF No. 161-2, p. 1-22.

On July 26, 2013, the Clark County Treasurer filed a Petition to Assert Legal Interest in Forfeited Property. Petition, ECF No. 144.

On February 11, 2014, the Court granted the earlier motion (ECF No. 144) regarding Clark County Treasurer's legal interest in each of the properties subject to forfeiture for unpaid property taxes. Order, ECF No. 162.

On October 28, 2014, the United States filed a Settlement Agreement for Entry of Order of Forfeiture as to the Clark County Treasurer and Order. Settlement Agreement, ECF No. 166.

On October 31, 2014, the Court granted the Settlement Agreement for Entry of Order of Forfeiture as to the Clark County Treasurer and Order. Order, ECF No. 167.

On August 1, 2013, Republic Services, Inc. filed a Petition to Adjudicate Legal Interest. Petition, ECF No. 145.

1    On February 11, 2014, the Court granted the earlier motion (ECF No. 145) regarding Republic
2    Services, Inc.'s legal interest in unpaid waste management fees on four of the real properties subject to
3    forfeiture. Order, ECF No. 162.

4    On August 2, 2013, the State of Nevada, Department of Employment, Training and
5    Rehabilitation, Employment Security Division filed a Verified Claim for Interest in Property. Claim,
6    ECF No. 146.

7    On November 4, 2014, the United States filed a Settlement Agreement for Entry of Order of
8    Forfeiture as to the State of Nevada, Department of Employment, Training and Rehabilitation,
9    Employment Security Division and Order. Settlement Agreement, ECF No. 168.

10   On November 5, 2014, the Court granted the Settlement Agreement for Entry of Order of
11   Forfeiture as to the State of Nevada, Department of Employment, Training and Rehabilitation,
12   Employment Security Division and Order. Order, ECF No. 169.

13   On August 5, 2013, Victor Garcia and Erika Garcia filed a Petition for Hearing in regard to
14   their interest in the property at 3890 Idlewood Ave., Las Vegas, Nevada, County of Clark. Petition,
15   ECF No. 147.

16   On February 11, 2014, the Court denied Victor and Erika Garcia's motion for a hearing (ECF
17   No. 147) and Ordered them to file a renewed motion containing evidence to support their claim to the
18   subject property no later than February 28, 2014. Victor and Erika Garcia did not file a renewed
19   motion by February 28, 2014. Order, ECF No. 162.

20   On August 9, 2013, Javier Garcia and Elia A. Garcia filed a Petition to Hearing to Adjudicate
21   Legal Interest in the Subject Real Property in regard to their interest in the property at 3752 Majestic
22   Palm, Clark County, Las Vegas, Nevada. Petition, ECF No. 148.

23   On February 11, 2014, the Court denied Javier and Elia A. Garcia's motion for a hearing (ECF
24   No. 148) and Ordered them to file a renewed motion containing evidence to support their claim to the
25   subject property no later than March 14, 2014. Javier and Elia A. Garcia did not file a renewed motion
26   by March 14, 2014. Order, ECF No. 162.

On August 15, 2014, Nevada Power Company, d/b/a NV Energy, filed a Stipulation by the United States of America and NV Energy Concerning Easements regarding forfeited real property. Stipulation, ECF No. 149.

On August 19, 2014, Nevada Power Company, d/b/a NV Energy, filed a First Amended Stipulation by the United States of America and NV Energy Concerning Easements regarding forfeited real property. Stipulation, ECF No. 150.

On August 22, 2014, the Court granted the First Amended Stipulation by the United States of America and NV Energy Concerning Easements (ECF No. 150) regarding forfeited real property. Order, ECF No. 151.

On September 20, 2013, Clark County Water Reclamation District filed a Petition for Hearing to Adjudicate Validity of Liens of Miscellaneous Forfeited Parcels of Land. Petition, ECF No. 152.

On February 11, 2014, the Court granted the earlier motion (ECF No. 152) regarding Clark County Water Reclamation District's legal interest in outstanding service obligations due on four real properties subject to forfeiture. Order, ECF No. 162.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

An *in personam* criminal forfeiture money judgment of **$4,401,548.54** in United States Currency, including:

a.  **$43,473.41** in United States Currency, seized from Escrow Account Number FT100024888 from the sale of 6411 Strongbow Drive, Las Vegas, Nevada 89156;

b.  **3752 Majesty Palm, Las Vegas,** Clark County, Nevada, more particularly described as:
All that real property situated in the County of Clark, State of Nevada, bounded and described as follows:
Lot 84 in Block 2 of Walnut Grove Unit 4 as shown by map thereof on file in Book 99 of Plats, Page 76 in the Office of the County Recorder of Clark County, Nevada
with all appurtenances and improvements thereon (APN: 140-07-219-030);

c.  **2289 Black Bush Lane, Las Vegas,** Clark County, Nevada, more particularly described as:
All that real property situated in the County of Clark, State of Nevada, bounded and described as follows:
Lot Fifty-two (52) In Block One (1) of Hollywood Vista - Phase 1, as shown by map thereof on file in Book 55 of Plats, Page 39, in the Office of the County Recorder of Clark County, Nevada with all appurtenances and improvements thereon (APN: 140-22-510-053);

d.  **3890 Idlewood Avenue, Las Vegas,** Clark County, Nevada, more particularly described as:
ALL THAT CERTAIN PROPERTY SITUATED IN THE COUNTY OF CLARK, AND STATE OF NV AND BEING DESCRIBED IN A DEED DATED 04/20/2009 AND RECORDED 11/17/2009 IN INSTRUMENT NUMBER: 200911170003588 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, AND REFERENCED AS FOLLOWS:

LOT FIFTY-TWO (52) IN BLOCK THREE (3) OF WALNUT GROVE UNIT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 99 ON PLATS, PAGE 76, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.
with all appurtenances and improvements thereon (APN: 140-07-116-008);

e.  **6644 Grand Oaks Drive, Las Vegas,** Clark County, Nevada, more particularly described as:
All that real property situated in the County of Clark, State of Nevada, bounded and described as follows:
LOT EIGHTEEN (18) IN BLOCK FIFTEEN (15) OF HOLLYWOOD VISTA- PHASE 6 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 71 OF PLATS, PAGE 43, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
with all appurtenances and improvements thereon (APN: 140-22-615-028); and

f.  **5455 Meikle Lane, Las Vegas,** Clark County, Nevada, more particularly described as:
That portion of the Southwest Quarter (SW 1/4) of Section 21, Township 20 South, Range 62 East, M.D.B.&M., described as follows:

COMMENCING at the Northwest corner of the Southwest Quarter (SW 1/4) of said Section 21;
THENCE North 89°45'48" East along the North line thereof a distance of 2,426.88 feet to a point;
THENCE South 0°00'48" East and parallel to the West line of the Southwest Quarter (SW 1/4) of said Section 21, a distance of 358.26 feet to the TRUE POINT OF THE BEGINNING;
THENCE South 89°34'00" East a distance of 100' to a point;
THENCE South 0°57'35" East and parallel to the East line of the Southwest Quarter (SW 1/4) of the said Section 21, a distance of 229.00 feet to a point;
THENCE North 89°34'00" West a distance of 100.00 feet to a point;

THENCE 0°5'35" West a distance of 229.00 feet to the TRUE POINT OF BEGINNING.
with all appurtenances and improvements thereon (APN: 140-21-307-003)

(all of which constitutes "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED November 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

16

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following

individuals were served with copies of the Final Order of Forfeiture on November 13, 2014, by the

below identified method of service:

Electronic Filing

Gabriel L. Grasso
Gabriel L. Grasso, P.C.
9525 Hillwood Dr. Ste. 190
Las Vegas, NV 89134
Gabriel@grassodefense.com
Counsel for Francisco Garcia

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd. Ste. C
Las Vegas, NV 89102-2258
randallroske@yahoo.com
Counsel for Eloy Garcia

Alex Mendoza
Mendoza and Associates
P.O. Box 4500
Laguna Beach, CA 92652-4500
Mendozalaw.am@gmail.com
Counsel for Efrain Garcia

Donald T. Polednak
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Ste. 120
Las Vegas, NV 89128
don@sylvesterpolednak.com
Counsel for Efrain Garcia

Jonathan Powell
214 S. Maryland Pkwy.
Las Vegas, NV 89101
Jpowell.law@gmail.com
Counsel for Nabor Garcia

Mark E. Wood
Clark County District Attorney's Office
Civil Division 500 S. Grand Central
Pkwy 5th Floor
P.O. Box 552215
Las Vegas, NV 89155-2215
mark.wood@clarkcountyDA.com
Counsel for Clark County Treasurer,
Laura B. Fitzpatrick
Interested Party

Donald H. Williams
Williams & Associates
612 S. 10th St.
Las Vegas, NV 89101
dwilliams@dhwlawlv.com
Counsel for Republic Services, Inc.
Interested Party

J. Thomas Susich
State of Nevada Department of
Employment, Training and
Rehabilitation
Employment Security Division
1675 E. Prater Way Ste. 103
Sparks, NV 89434
tsusich@nvdetr.org
Counsel for Dept. of Employment
Training and Rehabilitation
Interested Party

Leslie A. Park
630 S. 7th St.
Las Vegas, NV 89101
les_law60@hotmail.com
Counsel for Victor Garcia
Interested Party

Leslie A. Park
630 S. 7th St.
Las Vegas, NV 89101
les_law60@hotmail.com
Counsel for Erika Garcia
Interested Party

Michael G. Chapman
Law Office of Michael G. Chapman
9585 Prototype Court Ste. C
Reno, NV 89521
ccorson@michaelchapman.com
Counsel for NV Energy
Interested Party

Peter M. Angulo
Olson, Cannon, Gormley, Angulo &
Stroberski
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Counsel for Clark County Water
Reclamation District
Interested Party

Regular U.S. Mail

Javier Garcia
Interested Party
P.O. Box 174
Richgrove, CA 93261

Elia A. Garcia
Interested Party
P.O. Box 174
Richgrove, CA 93261

/s/Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal

2