CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO GARCIA, <br><br> Defendant. | 2:10-CR-454-JCM <br><br> **Request for Access to Copy of Presentence Investigation Report as to Francisco Garcia and Order** |

The United States of America requests a copy of the presentence investigation report (PSR) for the defendant Francisco Garcia.

18 U.S.C. § 3552(d) directs the court to "provide a copy of the presentence report to the attorney for the Government to use in collecting an assessment, criminal fine, forfeiture or restitution imposed." The United States plans to use the PSR in the process of collecting the forfeiture this Court imposed on Francisco Garcia. *See* Final Order of Forfeiture, ECF #171. The forfeiture Assistant United States Attorney needs the PSR to determine whether

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

defendant Francisco Garcia is selling real property, or a different Francisco Garcia is. Accordingly, the United States requests the Court provide the PSR to the government.

Dated: August 25, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED

Judge James C. Mahan
United States District Court Judge

Dated: September 21, 2021